June 26, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

MARK HOSKINS, Appellant

NO. 14-11-00703-CV                                 V.

GULF STREAM COACH, INC. AND
HOLIDAY WORLD OF HOUSTON L.P., Appellees

---

This cause, an appeal in favor of appellees, Gulf Stream Coach, Inc. and Holiday World of Houston L.P., signed May 20, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Mark Hoskins, to pay all costs incurred in this appeal. We further order this decision certified below for observance.